UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JENNY BOWELL, *et al.*,

    Plaintiffs,

vs.

MOWERY CONSTRUCTION, INC, *et al.*,

    Defendants.

Case No. 3:16-cv-52

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 14)

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. 14) is **ADOPTED** in full; (2) Defendant Haas Cabinet Company, Inc.'s motion for partial judgment on the pleadings (doc. 10) is **GRANTED IN PART AND DENIED IN PART**; (3) Plaintiffs' OCSPA claims based upon failure to repair a defect covered by warranty remain pending; (4) Plaintiffs' OCSPA claims based upon Haas's failure to maintain a statutory agent in Ohio are **DISMISSED**; (5) Plaintiffs' claims under Ohio Rev. Code § 4722.01, Ohio Admin. Code § 109:4-3-05, and for fraud and deceit are **DISMISSED**; and (6) Plaintiffs' claims for breach of contract and/or breach of an implied-in-fact contract are **DISMISSED**.

    **IT IS SO ORDERED.**

Date: November 30, 2016

\*s/THOMAS M. ROSE
_____
Thomas M. Rose
United States District Judge